

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of **ILLinois**

Division **Southern ILLinois**

Case No. **24-457-JPG**

**CHarles, Jeffery**

_____

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

**Warder, Karen Bennette, Federal Correctional
Institution Pekin, L.T. Brian T. Green, Billy T. BarBosa
Bobby Barbosa, David Bivens,**

_____

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*(to be filled in by the Clerk's Office)*

**Pro -SE**

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to
electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social
security number or full birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any
other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in
forma pauperis.

# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

6. If you cannot prepay the $350.00 filing fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. § 1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7. If you are given permission to proceed in forma pauperis, the Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a. Jurisdiction is asserted pursuant to (CHECK ONE)

_____ 42 U.S.C. § 1983 (applies to state prisoners)

__✓__ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_Bivens._____

1b. Indicate whether you are a prisoner or other confined person as follows:

_____ Pretrial detainee
_____ Civilly-committed detainee
_____ Immigration detainee
_____ Convicted and sentenced state prisoner
__✓__ Convicted and sentenced federal prisoner
_____ Other: (please explain) _____

2. Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

2

DNJ-ProSe-006-Rev 5/09

## FORM TO BE USED BY A PRISONER IN FILING A
## CIVIL RIGHTS COMPLAINT

a.    Parties to previous lawsuit:

Plaintiff(s): _Jeffery Charles_

Defendant(s): _3M EAR plugs._

b.    Court and docket number: _Not, Sure_

a.    Grounds for dismissal: ( ) frivolous   ( ) malicious   ( ) failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit: _Dec. 2017_

e.    Approximate date of disposition: _Granted._

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? _F.C.I Fairton_

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

a.    Name of plaintiff: _Jeffery Charles_

Address: _F.C.I Fairton P.O.Box 420 Fairton, NJ 08320_

Inmate #: _223-70-041_

b.    First defendant – name: _Karen Bennette_

Official position: _Warden_

Place of employment: _F.C.I. Pekin_

3

DNJ-ProSe-006-Rev 5/09

rest of Page 3 3 4

3rd Defendant <u>Billy T. BarBos'a</u>

Official position <u>Officer of the B.O.P</u>

Place of employment <u>F.C.I Pekin</u>

while cuffed Mr. BarBos'a, Billy Jumped on my hands beat me Kicked me while down. Under the oders of L.T. Green.

4th Defendant <u>David Bivens.</u>
official position <u>Officer of BoP</u>
Place of employment <u>F.C.I Pekin</u>

while Down Kicked me and Beat me with other Said officers while cuffed.

5th Defendent <u>Bobby BarBos'a</u>
official position <u>F.C.I. officer of B.O.P</u>
Place of employment <u>F.C.I Pekin.</u>

Kicked and Beat me while I was cuffed over and over helped hold me down while sexaully assaulted by L.T. Green (all officers help Do this).

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

feld to seek to his employ's To at under the there color of there Dudties, feld to train employ's to there Jobs.

c. Second defendant -- name: L.T. Brian T. Green

Official position: L.T

Place of employment: F.C.I. Pekin

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

While cuffed Mr. L.T. Green odered officer Billy and other officers on duty to Jump on my hands behind my back (while cuffed) also Kicked me in my head and sides while at this time ankles was cuffed

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

____ Yes    ✓ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

N/A

4

DNJ-ProSe-006-Rev 5/09

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

If your answer is "No," briefly explain why administrative remedies were not exhausted.

I was in the SHU at Pekin FCI and my mail and BP's, write-up and other stuff was not being sent out or address by staff members. I am here at F.C.I Fairton and no one will take the BP write ups here, because it did not happen here at F.C.I Fairton.

6.     Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

On or about Augs. 15, 2023 to Sep. 7th 2023 at F.C.I Pekin I was beaten and assaulted (Sexaully) The following act took place: L.T. Green odered me to be cuffed by Billy BarBos'a. I was cuffed for over 18 hours while being cuffed I was Jumped on, Beatin by L.T. Green, Billy Barbos'a, Bobby Barbos'a and David Bivens on Date Augs. 15, 2023.

As this Beating was happening officer L.T. Green sexaully put his finger in my rear (Butt hole) as I yelled for help my face was slamed into the wall, I was put in a room to be beating on over and over This was all on Camera at the F.C.I SHU.

All my witness (or officers) Victoria wattson, Rebbecca webster, and Lynn scott

All the above was there to see the acts of the Doings of the above officers.

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

7.    Relief

(State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

I am asking for ongoing treatment for my hands That was hurt during the incident at F.C.I Pekin, 20 million for suffer and pain I want all parties ~~JC~~ removed from there employment, for the sexaul ~~JC~~ assault That I suffer From I am asking mental treatment, 20 million, ~~JC~~ ~~JC~~ ~~JC~~

8.    Do you request a jury or non-jury trial?  (Check only one)

(✓) Jury Trial        or        (✓) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6th__ day of __Feduary__, 200__24__.

Jeffery Charles
Signature of plaintiff[1]

---

[1] EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE.  ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.  REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT.

6

DNJ-ProSe-006-Rev 5/09

## CERTIFICATE OF SERVICE

I certify under the penalty of perjury that I have served a true and correct copy of the foregoing by placing said in the prison legal mail system, first class postage prepaid, and properly addressed to the following:

- a Complaint for civil action

- a Forma Pauperis for payment.

Respectfully Submitted

Signed 2/6/24

Date: Jeffery Charles,

Jeffery Charles

Reg# 22370-041

Fairton Federal Correction Institution

P.O. Box 420

Fairton N.J

08320

MAIL CLEARED
US MARSHALS

Clerk

United States District Court

750 Missouri AVE.

East St. Louis, Illinois

62201

Legal Mail

FCI Fairton, P.O. Box 280, Fairton, NJ 08320

Date: 2-7-24

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to above address."

RECEIVED
FEB 20 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE